IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MELISSA Y. PORTER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:19-cv-00354-JRG-RSP |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. and JP MORGAN CHASE & CO., | § § § § | |
| *Defendants*. | § | |

### **ORDER**

Before the Court is Defendants' Unopposed Motion to Transfer Venue and Brief in Support ("Motion"). Dkt. No. 6. This Motion seeks to transfer this case to the "Plano Division" of the Eastern District of Texas.

It is therefore **ORDERED** that this case shall be transferred to the Sherman Division of the Eastern District of Texas without further delay.

**SIGNED this 16th day of March, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE