UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MELISSA Y. PORTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 4:20cv216-ALM |
| | § | |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. and JP MORGAN CHASE & CO., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this matter is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 15th day of October, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE